IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS FAHLENKAMP and RANDY FAHLENKAMP, | : | NO. C10-4116-DEO |
| | : | |
| Plaintiffs, | : | |
| | : | **STIPULATION OF DISMISSAL** |
| vs. | : | |
| | : | |
| AVERA MCKENNAN, a South Dakota Corporation d/b/a AVERA SPENCER FAMILY CARE, | : | |
| | : | |
| Defendant. | : | |

COME NOW the Plaintiffs, Phyllis Fahlenkamp and Randy Fahlenkamp, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action, with prejudice, each party to pay their own costs and attorney fees.

GILDEMEISTER & KEANE, L.L.P.

/s/ Edward J. Keane
Edward J. Keane,    ATT0004067
600 – 4TH Street, Suite 702
P.O. Box 1379
Sioux City, IA  51102
Telephone:  (712) 234-3088
Facsimile:  (712) 234-3077
ATTORNEYS FOR PLAINTIFFS

/s/ Joseph L. Fitzgibbons
Joseph L. Fitzgibbons            AT0002442
Fitzgibbons Law Firm, L.L.C.
108 North 7th Street, P.O. Box 496
Estherville, Iowa  51334-0496
Telephone:    (712) 362-7215
Facsimile:    (712) 362-3526
Email:        jfitz@fitzgibbonslawfirm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the MC/ECF system, which will send notification of such filling to the following:

Edward J. Keane
Gildemeister & Keane, L.L.P.
600 4th Street, Suite 702
P.O. Box 1379
Sioux City, Iowa 51102
e-mail: Ed.Keane@siouxcityattys.com

/s/ Joseph L. Fitzgibbons
Joseph L. Fitzgibbons          AT0002442
Fitzgibbons Law Firm, L.L.C.
108 North 7th Street
P.O. Box 496
Estherville, Iowa 51334-0496
Telephone: 712-362-7215
Facsimile: 712-362-3526
Email: jftiz@fitzgibbonslawfirm.com
ATTORNEYS FOR DEFENDANT